**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **TORRANCE FLEMINGS, 1369010,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:10-CV-700-D** |
| ) | |
| **282ND JUDICIAL DISTRICT COURT, ET AL.,** ) | |
| **Defendants.** ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the amended findings, conclusions, and recommendation of the magistrate judge, the court concludes that the amended findings and conclusions are correct. It is therefore ordered that the amended findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

October 28, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE